**IN the INTEREST OF:**
**V.M.C., a Minor**

**Petition of: A.P., Mother**

**In the Interest of: V.M.C., a Minor**

**Petition of: A.P., Mother**

**No. 213 EAL 2017**
**No. 214 EAL 2017**

Supreme Court of Pennsylvania.

July 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**